UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VAN ORION SNYDER,

    Petitioner,

v.

CASE NO. 2:22-CV-10472
HONORABLE PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

MICHELLE FLOYD,

    Respondent,
_____/

## OPINION AND ORDER DENYING PETITIONER'S MOTION FOR THE APPOINTMENT OF COUNSEL (ECF NO. 4)

Van Orion Snyder, ("Petitioner"), incarcerated at the Cooper Street Correctional Facility in Jackson, Michigan, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his convictions for first-degree criminal sexual conduct, Mich. Comp. Laws § 750.520b, and being a third felony habitual offender, Mich. Comp. Laws § 769.11. Petitioner filed a motion for the appointment of counsel. (ECF No. 4.) For the reasons stated below, the motion for appointment of counsel is **DENIED WITHOUT PREJUDICE.**

There is no constitutional right to counsel in habeas proceedings. *Cobas v. Burgess,* 306 F.3d 441, 444 (6th Cir. 2002). The decision to appoint counsel for a federal habeas petitioner is within the discretion of the court and is required only

1

where the interests of justice or due process so require. *Mira v. Marshall*, 806 F.2d 636, 638 (6th Cir. 1986).

The Court determines that the interests of justice do not require appointment of counsel at this time.

## ORDER

**IT IS HEREBY ORDERED** that the motion for appointment of counsel (**ECF No. 4**) is **DENIED WITHOUT PREJUDICE.**

_____
HON. PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

DATED: 4/1/2022